# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL CAMARA,<br>         Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br>         Defendant. | Civ. No. 17-3845 |

## O R D E R

**AND NOW**, this 10th day of August, 2018, upon consideration of the Report and Recommendation (Doc. No. 21) of United States Magistrate Judge Carol Sandra Moore Wells, to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 12) is **GRANTED in part**;

3. This matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation;

4. The **CLERK OF COURT** shall **ENTER JUDGMENT** by separate document in favor of Plaintiff and against the Commissioner. See Shalala v. Schaefer, 509 U.S. 292, 303 (1993); Kadelski v. Sullivan, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

5. The **CLERK OF COURT** shall **CLOSE** this case.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*

                                              _____
                                              Paul S. Diamond, J.